**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Chauncy Donzellos MOUZONE,**
**Defendant–Appellant.**

No. 02–7671.

United States Court of Appeals,
Fourth Circuit.

Submitted April 28, 2003.

Decided May 21, 2003.

Chauncy Donzellos Mouzone, Pro Se. William Kenneth Witherspoon, Office of the United States Attorney, Columbia, South Carolina, for Appellee.

Before NIEMEYER, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM:

Chauncy Mouzone, a federal prisoner, seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude Mouzone has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell,* 537 U.S. 322, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*